**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
APR 0 9 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13cr3805-BTM |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| BENJAMIN SALAZAR BALLESTEROS, | |
| Defendant. | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment/Information:

   21:952 and 960 - Importation of Cocaine (Felony)

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4-9-2014

Barry Ted Moskowitz
U.S. District Judge